IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION



Drake Allen Matfield

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

ESSIG AND ASSOCIATES INC

ESSIG AND ASSOCIATES INC dba Mcdonalds

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 4:22-CV-852-BCW

*(to be filled in by the Clerk's Office)*

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☐ Yes ☑ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Drake Allen Matfield |
| Street Address | 7717 East 52nd Street |
| City and County | Kansas City, Jackson County |
| State and Zip Code | Missouri 64129 |
| Telephone Number | (816) 665-8339 |
| E-mail Address | drakematfield@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ESSIG AND ASSOCIATES INC |
| Job or Title (if known) | Employer |
| Street Address | 6603 Royal St # C |
| City and County | PLEASANT VALLEY, Jackson County |
| State and Zip Code | Missouri 64068 |
| Telephone Number | (816) 903-5100 ext 201 |
| E-mail Address (if known) | Bryantroemel@essigmanagement.com, vickifall@essigmanag( |

Defendant No. 2

| | |
|---|---|
| Name | ESSIG AND ASSOCIATES INC |
| Job or Title (if known) | Employer |
| Street Address | PO BOX 550 |
| City and County | Liberty, Clay County |

2

| | |
|---|---|
| State and Zip Code | Missouri, 64069 |
| Telephone Number | (816) 903-5100 ext 201 |
| E-mail Address (if known) | vickifall@essigmanagement.com, Bryantroemel@essigmanag |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Mcdonalds |
| Street Address | 6996 Eastwood Trafficway |
| City and County | Kansas City, Jackson County |
| State and Zip Code | Missouri 64129 |
| Telephone Number | (816) 923-2141 |

## II. Cause of Action

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [✔] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

- [✓] Other federal law *(specify the federal law)*:
  Changing my withholding status without my consent.
- [✓] Missouri Human Rights Act, Missouri Revised Statute § 213.055
- [✓] Other state law *(specify, if known)*:
  Changing my withholding status without my consent.
- [ ] Relevant city or county law *(specify, if known)*:

## III. Administrative Procedures

A. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[✓] Yes  Date filed: September 29, 2022
[ ] No

*Attach copy of the charge to this Complaint*

B. Have you received a Notice of Right-to-Sue Letter from the Equal Employment Opportunity Commission?

[✓] Yes  [ ] No

*If yes, please attach a copy of the letter to this Complaint.*

C. Did you file a charge of discrimination against Defendant(s) with the Missouri Commission on Human Rights?

[✓] Yes  Date filed: September 29, 2022
[ ] No

*Attach copy of the charge to this Complaint*

D. Have you received a Notice of Right-to-Sue Letter from the Missouri Human Rights Commission?

[ ] Yes  [✓] No

*If yes, please attach a copy of the letter to this Complaint.*

E.  If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

☐ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

## IV. Statement of Claim

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☑ Harassment/Hostile Work Environment
☑ Other acts *(specify)*: Suspicions of Continuation of performing hypnosis.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on the following date(s):

1/(2,7,10,12,13, 20,21,24,31) 2/(1,8,9,12,16) 4/(13) 5/(9,11,18,25,28) 6/(1,4,11) of (2022) - etc

C.  I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☑ is/are not still committing these acts against me.

5

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [✔] race  actions based on blacks are inferior.
- [✔] color  " "  blacks are inferior
- [✔] gender/sex  females are smarter
- [ ] religion  _____
- [ ] national origin  _____
- [ ] age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [✔] disability or perceived disability *(specify disability)*
  A mental impairment and a weak knee.

E.  Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

What happened to you?

I Drake Matfield, believe I had been harassed because the defendants in a prior case were served a lawsuit at the store I work at - for prior incidents.

I seemed to experienced more harassment and scrutiny; since I was told that my Employer / Ex-employer have been served for employment discrimination.

(Additional documents are added for minor details.)  (3 pages)

6

_____
_____
_____
_____

## V. Relief

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

- [ ] Defendant be directed to employ Plaintiff
- [ ] Defendant be directed to re-employ Plaintiff
- [ ] Defendant be directed to promote Plaintiff
- [ ] Defendant be directed to _____
- [✔] Monetary damages (please explain): $5000 for estimated loss of income.
- [✔] As additional relief to make Plaintiff whole, Plaintiff seeks (please specify and explain):

95,000 in pain and suffering, punitive/exemplary damages, mortgage dues, and

estimated income loss for future endeavours.

: Due to my ability to sustain my livelihood because of my place of employment actions.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/28, 2022

Signature of Plaintiff

Printed Name of Plaintiff    Drake Allen Matfield

7

What happened to you?
I Drake Matfield, believe I had been harassed because the defendants in a prior case were served a lawsuit at the store I work at - for prior incidents.

I seemed to experienced more harassment and scrutiny; since I was told that my Employer / Ex-employer have been served for employment discrimination.

- These are some of the issues that I experienced; but are not limited to:
- The continuation of reducing my hours.
- Open Humiliation.
- Reprehending me for doing what I was told to do
- Malicious attempts to diminish my work performance.
- The changing of my withholdings without my knowledge.

What injuries did you suffer?
Compounded physical (left knee) and mental trauma; as well as, financial hardship.

Who was involved in what happened to you?
A New black female manager; I Currently do not know her name. Plus, some of the employees and customers.

How were the defendants involved in what happened to you?
The defendants are my employer.

Where did the events you have described take place?
At my place of employment. My place of employment is a McDonald's located at 6996 Eastwood Traffic way, Kansas City, Missouri 64129.

When did the events you have described take place?
During the months of January to July of 2022.

Summary Complaint
I Drake Matfield, believe I have been harassed/discriminated against for engaging in a Title VII of the Civil Rights Act of 1964 - actions.

My previous employer hired me approximately in November 2018 as a cook.

Around August 2021, I filed a charge against my previous employer; and that charge was served to them around the end of December of 2021.

1

However, my previous employer sold the store to my current employer at the beginning of December of 2021. It had been suggested by other employees that she sold the store to avoid being sue for employment discrimination.

Since the new owner has owned the store, I have experience-escalating harassment and scrutiny; which I believe is in retaliation for my previous employer being served. One reason for this belief is many of the crew exhibited detail knowledge of the current legation with the previous employer and me (in real time/as they occurred) - that was not disclosed by me.

It should also be noted that there seem to be some kind of personal association with the previous employer and the current one, and the management from the previous employer still existed under the new owner - (which much of the harassment stemmed from).

I emailed the new owner about the situation; but since the response was minimum and unsuccessful - I file a complaint with the EEOC on February 1, 2022.

My interview with the EEOC was set for July 14, 2022. While waiting to speak with my interviewer, I have endured increased harassment - during the 5 months.

Prior incidents of harassment with my previous employer have injured me psychologically, physically and more. And incidents with my current employer has added compounded trauma.

Furthermore, some incidents would suggest that the current employment is continuing to impose some form of hypnosis on me.

These are some of the issues that I have experienced before filing my complaint on February 1, 2022; but are not limited to - (without details):

* The continuation of reducing my hours.
* Open humiliation about my disability.
* Open humiliation suggesting that males are inferior to females.
* Reprehending me for doing what I was told to do.
* Malicious attempts to diminish my work performance.
* The changing of my withholdings without my knowledge.

To the best of my knowledge, as of January 21, 2022 my withholdings issue has been partially corrected for the most part.

Nevertheless, many of the issues have continued within the time span of me filing a complaint with the EEOC and waiting for an interview.

Some of these incidents I have reported with the EEOC portal; but not all due to the mental impairment and depression brought on by my job's harassment.

2

And an added note: I believe much of the harassment was to further my mental impairment to prevent me from being successful in my legation with my previous employer.

Plus, new and old management has threatened to shoot me if I attempt to sue. New management has even alluded to illegal activity; by saying she will shoot me - if I sue before she is through. (What she was referring to – I do not know.)

3